IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GREGORY GRIFFIN, | § | |
| | § | No. 62, 2026 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1110002230 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: May 1, 2026
Decided: May 11, 2026

### ORDER

On April 9, 2026, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, Gregory Griffin, because he had not filed an opening brief by the April 6 deadline set by the Court. On April 16, the Chief Deputy Clerk issued a notice, sent by certified mail, to Griffin directing him to show cause why this appeal should not be dismissed for his failure to file an opening brief. Griffin received the notice on April 20. A timely response to the notice was due on or before April 30. To date, Griffin has neither responded to the notice to show cause nor filed an opening brief.[1] Dismissal of this appeal is therefore deemed to be unopposed.

---

[1] Griffin also has not paid the Supreme Court's filing fee nor filed a motion to proceed *in forma pauperis*.

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice